Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KOVAC DESIGN, LTD, a Nevada corporation,<br><br>Defendant. | Case No. 2:20-cv-01198-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS KOVAC DESIGN, LTD., WITHOUT PREJUDICE.** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust; Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Machine Operators of the United States And Canada Local 720 Pension Trust, by and through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, and Defendant, Kovac Design, Ltd., by and through its counsel of record Hoy Chrissinger Kimmel Vallas, P.C., hereby stipulate and agree, subject to the Court's approval, that this action be dismissed without prejudice, with the parties each bearing their own attorney's fees and costs incurred in this action.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | HOY CHRISSINGER KIMMEL VALLAS, P.C. |
| /s/ Christopher M. Humes | /s/ Michael D. Hoy |
| Adam P. Segal, Esq.<br>Nevada Bar No. 6120<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone:  (702) 382-2101<br>Facsimile:    (702) 382-8135 | Michael D. Hoy, Esq.<br>Nevada Bar No. 2723<br>50 West Liberty Street, Suite 840<br>Reno, Nevada 89501<br>Telephone:  (775) 786-800<br>Facsimile:    (702) 786-7426 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated:  January 7, 2021 | Dated:  January 7, 2021 |

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT**

**CASE NO. 2:20-cv-01198-KJD-BNW**

**DATED:**  1/8/2021

21988667

2